**Dason Boise MELIUS, Plaintiff–Appellant,**

v.

**Lindsay BURKE; Katherine Kerr; Gerald Jones; Terry Mapes, Defendants–Appellees.**

No. 13–2312.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 18, 2013.

Filed: Nov. 7, 2013.

Dason Boise Melius (State Prisoner: 6951469), Iowa State Penitentiary Fort Madison, IA, pro se.

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Iowa inmate Dason Melius appeals the district court's[1] preservice 28 U.S.C. § 1915A dismissal of his pro se 42 U.S.C. § 1983 complaint against four individuals employed at Iowa's Newton Correctional Facility. Upon careful de novo review, we conclude that the dismissal was proper, because we agree with the district court that Melius failed to state a claim upon which relief could be granted. *See* 28 U.S.C. § 1915A (in civil action by prisoner for redress from governmental entity or officer or employee thereof, court shall dismiss complaint if court determines action fails to state claim); *see also Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.